```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/05

ANNE LOCKSLEY,

                Plaintiff,

  - against -

UNITED STATES OF AMERICA, et al.,

                Defendants.

05 Civ. 2593 (JGK)

MEMORANDUM OPINION
AND ORDER

**JOHN G. KOELTL, District Judge:**

The Court has received a Motion for Amendment of Judgment to Summary Judgment for Plaintiff dated August 10, 2005, together with an opposition by the Government dated August 17, 2005. The documents were apparently not filed with the Clerk. The Court has also received a letter from the plaintiff dated October 5, 2005 inquiring about the status of the plaintiff's motion. All three documents will be filed.

The plaintiff's Motion for Amendment of Judgment argues that this Court's decision dismissing the plaintiff's complaint was wrongly decided and that judgment should be entered in favor of the plaintiff. Judgment was entered on June 16, 2005, and the plaintiff's motion is therefore untimely and should be denied on that ground alone. See Fed. R. Civ. P. 59(e); Local Civil Rule 6.3. Moreover, the motion should also be denied on the merits. The motion is a motion for reconsideration of this Court's prior

1

decision, but the plaintiff has failed to set forth any facts or law before the Court on the original motion that the Court overlooked, and there is no basis for reconsidering the Court's prior decision. See, e.g., Bldg. Serv. 32B-J Pension Fund v. Vanderveer Estates Holding, LLC, 127 F. Supp. 2d 490, 492 (S.D.N.Y. 2001); Nat'l Cong. for Puerto Rican Rights v. City of New York, 191 F.R.D. 52, 53 (S.D.N.Y. 1999).

The plaintiff's Motion for Amendment of Judgment to Summary Judgment for Plaintiff is **denied**.

**SO ORDERED.**

**Dated: New York, New York
October 13, 2005**

John G. Koeltl
United States District Judge